1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   KENT R. RAYGOR, Cal. Bar No. 117224
2  VALERIE E. ALTER, Cal. Bar No. 239905
   1901 Avenue of the Stars, Suite 1600
3  Los Angeles, California 90067-6055
   Telephone:  (310) 228-3700
4  Facsimile:  (310) 228-3701
   Email:      kraygor@sheppardmullin.com
5              valter@sheppardmullin.com

6     Attorneys for Defendant
      COUNTY OF LOS ANGELES
7
   JILL A. VANDER BORGHT, SR. ASST. CITY ATTY., State Bar No. 240004
8  MICHAEL M. LEE, SR. ASST. CITY ATTY., State Bar No. 246363
   AMELIA ANN ALBANO, CITY ATTORNEY, State Bar No. 103640
9  275 East Olive Avenue
   Burbank, California 91502
10 Telephone:  (818) 238-5707
   Fax:        (818) 238-5724
11 Email:      JVanderBorght@burbankca.gov

12    Attorneys for Defendant
      CITY OF BURBANK
13
   DENNIS PRICE, Cal. Bar No. 279082
14 406 University Avenue
   Burbank, California  91504
15 Telephone:  (323) 387-3219
   E-mail:     dennisprice@me.com
16
      Appearing *in pro per* as Plaintiff
17
                UNITED STATES DISTRICT COURT
18
        CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION
19

| | |
|---|---|
| DENNIS PRICE,<br><br>             Plaintiff,<br><br>        v.<br><br>COUNTY OF LOS ANGELES; CITY OF BURBANK; and DOES 1-10,<br><br>             Defendants. | Case No. 2:20-cv-04911 JAK (KSx)<br><br>**JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S JULY 15, 2020 SECOND MOTION FOR PRELIMINARY INJUNCTION [ECF 28] AND DEFENDANT CITY OF BURBANK'S MOTION TO DISMISS [ECF 37]**<br><br>**[STIPULATED PER STANDING ORDER, ¶ 9(B), ECF Docket No. 19]**<br><br>FAC Filed:          June 6, 2020<br>Hearing Date:       November 30, 2020<br>Rule 16(b)/26(f) Scheduling<br>Conference:         November 30, 2020 |

-1-

STIPULATION SETTING BRIEFING SCHEDULE

WHEREAS Plaintiff Dennis Price ("Plaintiff") filed a Second Motion for Preliminary Injunction on July 15, 2020 [ECF Docket No. 28], set for hearing on November 30, 2020;

WHEREAS, Defendant City of Burbank ("City") filed a Motion to Dismiss Plaintiff's First Amended Complaint on July 15, 2020 [ECF Docket No. 27], set for hearing on November 30, 2020;

WHEREAS, pursuant to Paragraph 9(b) of the Court's Initial Standing Order [ECF Docket No. 19], Defendant County of Los Angeles and City of Burbank's Oppositions to Plaintiff's Second Motion for Preliminary Injunction and Plaintiff's Opposition to Defendant City's Motion to Dismiss Plaintiff's First Amended Complaint are due to be filed on August 5, 2020;

WHEREAS Plaintiff's Reply in support of his Second Motion for Preliminary Injunction and Defendant City's Reply in support of Motion to Dismiss the First Amended Complaint then are due to be filed on August 19, 2020;

**PLAINTIFF DENNIS PRICE AND DEFENDANTS COUNTY OF LOS ANGELES AND CITY OF BURBANK HEREBY STIPULATE AS FOLLOWS:**

1. The deadline for Defendants County of Los Angeles and City of Burbank to file Oppositions to Plaintiff's Second Motion for Preliminary Injunction and Plaintiff to file an Opposition to Defendant City's Motion to Dismiss the First Amended Complaint shall be extended from August 5, 2020 to <u>August 12, 2020</u>;

2. The deadline for Plaintiff to file his Reply in support of his Second Motion for Preliminary Injunction and Defendant City to file its Reply in support of its Motion to Dismiss First Amended Complaint shall remain <u>August 19, 2020</u>.

Dated: July 21, 2020         SHEPPARD MULLIN RICHTER & HAMPTON LLP

By         */s/ Kent R. Raygor*
KENT R. RAYGOR
Attorneys for Defendant
COUNTY OF LOS ANGELES

-2-
STIPULATION SETTING BRIEFING SCHEDULE

Dated: July 21, 2020     By      */s/ Dennis Price*
DENNIS PRICE
Plaintiff *in pro per*

Dated: July 21, 2020     By      */s/ Jill Vander Borght*
JILL VANDER BORGHT
Senior Assistant City Attorney
Attorneys for Defendant

Pursuant to C.D. CAL. LOCAL RULE 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 21, 2020     SHEPPARD MULLIN RICHTER & HAMPTON LLP

By      */s/ Kent R. Raygor*
KENT R. RAYGOR
Attorneys for Defendant
COUNTY OF LOS ANGELES

4814-8660-8323.1